# EXHIBIT A

**Civil Court of the City of New York**
**County of Queens**

Index Number: **CV-004561-26/QU**

Jean-Pierre Gordon
Plaintiff(s)
-against-
TD BANK, N.A.
Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**

BASIS OF VENUE: Plaintiff's residence

Plaintiff's Address (s) :
Jean-Pierre Gordon
87-31 85 ST
APT 2
Woodhaven, NY 11421

To the named defendant (s)
TD BANK, N.A. (Defendant), at 190-20 UNION TURNPIKE, FLUSHING, NY 11366

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard JAMAICA NY 11435** in the **County of Queens, City and State of New York,** within the time provided by law as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $40,000.00 and interest as detailed below. Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date:July 1, 2026

Tanya Faye
Chief Clerk

VIOLATION OF FAIR CREDIT REPORTS ACT

**ENDORSED COMPLAINT**

The nature and the substance of the plaintiff's cause of action is as follows: **Breach of Contract; VIOLATION OF FAIR CREDIT REPORTS ACT for $40,000.00 with interest from 11/27/2024**

***NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within **TWENTY** days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed **THIRTY** days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

** NOTE TO THE SERVER OF THE SUMMONS*

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where the action is brought.

**PLAINTIFF'S CERTIFICATION**
*( See 22NYCRR, Section 130-1.1a)*

SIGN NAME: J. Gordon
PRINT NAME: Jean-Pierre Gordon

Civil Court of the City of New York
County of Queens

Index no: CV-004561-26/QU

Jean-Pierre Gordon
Plaintiff(s)
-against-
TD BANK, N.A.
Defendant(s)

Affidavit of Service of Summons with Endorsed Complaint (Personal and Corporate)

State of New York, County of ____________ ss:

________________________________________, being duly sworn, deposes and says:
(Name of Server)

I am over 18 years of age and **not a party** to this action.

At ____________ AM/PM, on ____________ at ________________________________
(Time) (Date) (Address)

in the County of ______________________________, City/State of New York, I served the attached
(Name of County)

SUMMONS WITH ENDORSED COMPLAINT in this matter on ____________________________
(Name of Defendant as Shown Above)

by delivering the said SUMMONS to:

________________________________________________________________ who is:
(Name of actual person with whom the SUMMONS was left)

[] The said defendant in person,
or,
[] known to me to be the ______________________ of the ______________________________
(Title) (Corporation/Partnership)

**Perceived Description of Individual Served in Person:**

Gender: __________ Race: _________ Color of Hair: __________
Approximate Age: __________ Approximate Weight: __________ Approximate Height: __________

Sworn to before me this _______day of _____, 20_______

__________________________________
(Signature of Deponent)

__________________________________
(Notary Public)

## Affirmation of Truth of Statement

I affirm this ____ day of _____________, 20____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

(Sign) ____________________________________________

(Print) ____________________________________________